Judge Dillion,

I am requesting my probation be terminated so I can assist the Ukraine people in defense of thier country. I can pay my debt to society, save lives and help with public service projects in Ukraine. Words and sanctions are not enough. Ukraine people need to see that Americans are willing to fight beside them. Seeing other countries people rallying to thier aid is critical to Ukraines overall morale. Ukraine is letting civilians and criminals fight. I am only asking for that same privilege enjoyed by other Americans and Europeans. I am requesting a public defender as legal representation for this request.

The criminals currently fighting were incarcerated and released from prison for this purpose and to regain honor lost when they committed thier crimes and harmed society. If the Ukraine President felt that was necessary and the right thing to do, can America follow this example of redemption?

P.S. I hope you enjoy the card. I thought you would like the books as a reminder of years of study and determination and skill to sit in that position of power and authority. I hope to hear back from the court soon. Thank you for your time.

Sincerely,
Brandon Whitten   Brandon Whitten




H032   Books Kitty



Card designed by Jane Crowther 2020
© Published by Bug Art Ltd, Nottingham, UK
Made in the UK

www.bugart.co.uk



B[illegible]
1361 Clarke ave
SW Apt 24
Roanoke, VA
24016

Elizabeth K. Dillon
210 Franklin Rd SW
Suite 540
Roanoke, VA 24011

24011-220840

RECEIVED

MAY 0 2 2022

USDC Clerk's Office
Mail Room